FILED

2026 May-08  AM 09:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **RAVEN SYMONE MCCARROLL,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:25-cv-792-ACA-NAD** |
| | ) | |
| **REOSHA BUTLER,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report recommending that the court deny Petitioner Raven Symone McCarroll's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 as time barred. (Doc. 15). Although the magistrate judge notified the parties of their right to file objections within fourteen days (*id*. at 9–10), that time expired without the court receiving any objections. After careful consideration of the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. The court **WILL DENY** Mr. McCarroll's petition as time barred.

This court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make such a showing, the petitioner must demonstrate "jurists of reason would find it debatable whether the petition states a valid claim of the denial

of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). The petitioner does not make such a showing. Accordingly, the court **DENIES** a certificate of appealability.

The court will enter a final order consistent with this memorandum opinion.

**DONE** and **ORDERED** this May 7, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE