FILED

2026 May-08  AM 09:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **RAVEN SYMONE MCCARROLL,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:25-cv-792-ACA-NAD** |
| | ) | |
| **REOSHA BUTLER,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## FINAL ORDER

Consistent with the accompanying memorandum opinion (doc. 16), the court

**DENIES** Petitioner Raven Symone McCarroll's petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254. The court **DENIES** a certificate of appealability.

**DONE** and **ORDERED** this May 7, 2026.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE

1